UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

IN RE:                                              )
   Brandin N. Reno                          )
   Jason R. Reno                               )   CASE NO. 20-32555
                                                     )   Chapter 13
              Debtors         )
                                                    )

## ORDER AMENDING THE ORDER OF CONFIRMATION

Motion having been made by the Debtors, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that the Order of Confirmation in this Chapter 13 Bankruptcy is amended so that Atlas Acquisitions LLC's Claim 27 shall be paid with $100 as secured at 0% interest and the remaining balance shall be considered general unsecured.

_____
Joan A. Lloyd
United States Bankruptcy Judge
Dated: February 22, 2021

      Matthew Owen
      WHITFORD & NEUHAUSER
      5135 Dixie Highway, Ste. 24
      Louisville, Kentucky  40216
      (502) 648-9392
      (877) 392-7941 - fax
      Email:  whitford13notice@gmail.com
      *Counsel for Debtors*