UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| IN RE: ) | |
|     Brandin N. Reno ) | |
|     Jason R. Reno ) | CASE NO. 20-32555 |
| ) | CHAPTER 13 |
|                Debtors ) | |
| ) | |

## ORDER AMENDING THE ORDER OF CONFIRMATION

Motion having been made by the Debtors, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that the Order of Confirmation in this Chapter 13 Bankruptcy is amended so that the plan payment shall decrease to $150 bi-weekly, beginning June 2021 and lasting through the remainder of the plan.

_____
Joan A. Lloyd
United States Bankruptcy Judge
Dated: July 8, 2021

Matthew Owen
WHITFORD & NEUHAUSER
5135 Dixie Highway, Ste. 24
Louisville, Kentucky  40216
(502) 648-9392
(877) 392-7941 - fax
Email:  whitford13notice@gmail.com
*Counsel for Debtors*