| Fill in this information to identify the case: |
|---|
| Debtor 1  Brandin N. Reno |
| Debtor 2  Jason R. Reno |
| (Spouse, if filing) |
| United States Bankruptcy Court for the WESTERN District of KENTUCKY |
| Case number 20-32555 |

# Official Form 410S1
## Notice of Mortgage Payment Change                    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

| | |
|---|---|
| **Name of creditor:** NewRez LLC d/b/a Shellpoint Mortgage Servicing | **Court claim no**. (if known): 23-1 |
| **Last 4 digits** of any number you use to identify the debtor's account: 4256 | **Date of payment change:** 11/1/2021<br>Must be at least 21 days after date of this notice |
| | **New total payment:** $950.98<br>Principal, interest, and escrow, if any |

**Part 1:** Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No.
   ■ Yes.   Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:
   _____
   _____

   Current escrow payment: $340.55      New escrow payment: $355.29

**Part 2:** Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ■ No
   ☐ Yes.   Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:
   _____
   _____

   Current interest rate:                     New interest rate:

   Current principal and interest payment:     New principal and interest payment:

**Part 3:** Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ■ No
   ☐ Yes   Attach a copy of any document describing the basis for the change, such as a repayment plan or loan modification agreement.
   *(Court approval may be required before the payment change can take effect.)*

   Reason for change: _____

   Current mortgage payment:            New mortgage payment:

Debtor 1 <u>Brandin N. Reno</u>  Case number *(if known)* <u>20-32555</u>
   <sub>Print Name   Middle Name   Last Name</sub>

| **Part 4:** | **Sign Here** |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

 ☐ I am the creditor

 ■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

 ✘ <u>/s/  Susana E. Lykins          </u>  Date  <u>     09/14/2021          </u>
   <sub>Signature</sub>

| | | | | |
|---|---|---|---|---|
| Print | <u>Susana       E.     Lykins  </u> | | Title | <u>Authorized Agent for Creditor</u> |
| | <sub>First Name    Middle Name   Last Name</sub> | | | |
| Company | <u>Robertson, Anschutz, Schneid, Crane & Partners, PLLC</u> | | | |
| Address | <u>10700 Abbott's Bridge Rd, Suite 170</u> | | | |
| | <sub>Number  Street</sub> | | | |
| | <u>Duluth GA 30097   </u> | | | |
| | <sub>City            State    ZIP Code</sub> | | | |
| Contact Phone | <u>470-321-7112</u> Ext 145 | | Email | <u> slykins@raslg.com          </u> |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on 09/21/2021 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

BRANDIN N. RENO
212 TUMBLEWEED DRIVE
LOUISVILLE, KY 40229

JASON R. RENO
212 TUMBLEWEED DRIVE
LOUISVILLE, KY 40229

And via electronic mail to:

MATTHEW D. OWEN
5135 DIXIE HIGHWAY, SUITE 24
LOUISVILLE, KY 40216

WILLIAM W. LAWRENCE -13
310 REPUBLIC PLAZA 200 S. SEVENTH STREET
LOUISVILLE, KY 40202

TIMOTHY E. RUPPEL
ASST. U.S.TRUSTEE 601 WEST BROADWAY #512
LOUISVILLE, KY 40202

By: /s/ Deonte Bracey



Shellpoint Mortgage Servicing
Servicing
PO Box 10826
Greenville, SC  29603 0826
For Inquiries:  (800) 365-7107

Final

JASON R RENO
BRANDIN N RENO
212 TUMBLEWEED DR
LOUISVILLE KY  40229

Analysis Date: August 30, 2021

Property Address:
212 TUMBLEWEED DR
LOUISVILLE, KY  40229

## Annual Escrow Account Disclosure Statement - Account History

The following is an overview of your escrow account with Shellpoint Mortgage Servicing. It contains  the history of escrow payments made on your behalf in the prior year, and a snapshot of the anticipated disbursements for the coming year. Any potential adjustments due to increases or decreases with your escrow items may affect your monthly escrow payment. If your escrow payment increases, your monthly payment will also increase. If the escrow payment decreases, your mortgage payment will decrease.

| Payment Information | Contractual | Effective Nov 01, 2021 | Prior Esc Pmt | January 01, 2021 | Escrow Balance Calculation | |
|---|---|---|---|---|---|---|
| P & I Pmt: | $595.69 | $595.69 | P & I Pmt: | $595.69 | Due Date: | May 01, 2020 |
| Escrow Pmt: | $0.00 | $355.29 | Escrow Pmt: | $340.55 | Escrow Balance: | $2,588.33 |
| Other Funds Pmt: | $0.00 | $0.00 | Other Funds Pmt: | $0.00 | Anticipated Pmts to Escrow: | $4,086.60 |
| Asst. Pmt (-): | $0.00 | $0.00 | Asst. Pmt (-): | $0.00 | Anticipated Pmts from Escrow (-): | $315.37 |
| Reserve Acct Pmt: | $0.00 | $0.00 | Resrv Acct Pmt: | $0.00 | | |
| Total Payment | $595.69 | $950.98 | Total Payment | $936.24 | Anticipated Escrow Balance: | $6,359.56 |

| Shortage/Overage Information | Effective Nov 01, 2021 |
|---|---|
| Upcoming Total Annual Bills | $4,263.46 |
| Required Cushion | $551.06 |
| Required Starting Balance | $1,772.84 |
| Escrow Shortage | $0.00 |
| Surplus | $4586.72 |

**Cushion Calculation:** Because Shellpoint Mortgage Servicing does not set your tax amounts or insurance premiums, your escrow balance contains a cushion of 551.06. A cushion is an additional amount of funds held in your escrow in order to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Your lowest monthly balance should not be below 710.58 or 1/6 of the anticipated payment from the account.

This is a statement of actual activity in your escrow account from Jan 2021 to Oct 2021.  Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Date | Payments to Escrow Anticipated | Actual | Payments From Escrow Anticipated | Actual | | Description | Escrow Balance Required | Actual |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Starting Balance | 776.50 | (4,087.17) |
| Jan 2021 | 340.55 | | 81.70 | 81.70 | * | FHA MI | 1,035.35 | (4,168.87) |
| Jan 2021 | | 340.55 | | | * | Escrow Only Payment | 1,035.35 | (3,828.32) |
| Feb 2021 | 340.55 | | 81.70 | 81.70 | * | FHA MI | 1,294.20 | (3,910.02) |
| Feb 2021 | | 340.55 | | | * | Escrow Only Payment | 1,294.20 | (3,569.47) |
| Mar 2021 | 340.55 | | 81.70 | 81.70 | * | FHA MI | 1,553.05 | (3,651.17) |
| Mar 2021 | | 681.10 | | | * | Escrow Only Payment | 1,553.05 | (2,970.07) |
| Apr 2021 | 340.55 | | 81.70 | 81.70 | * | FHA MI | 1,811.90 | (3,051.77) |
| Apr 2021 | | 340.55 | | | * | Escrow Only Payment | 1,811.90 | (2,711.22) |
| Apr 2021 | | | | 1,667.78 | * | Hazard | 1,811.90 | (4,379.00) |
| May 2021 | 340.55 | | 1,467.60 | | * | Hazard | 684.85 | (4,379.00) |
| May 2021 | | | 81.70 | 81.70 | | FHA MI | 603.15 | (4,460.70) |
| May 2021 | | 340.55 | | | * | Escrow Only Payment | 603.15 | (4,120.15) |
| Jun 2021 | 340.55 | | 81.70 | 81.70 | * | FHA MI | 862.00 | (4,201.85) |
| Jul 2021 | 340.55 | | 81.70 | 79.76 | * | FHA MI | 1,120.85 | (4,281.61) |
| Jul 2021 | | 340.55 | | | * | Escrow Only Payment | 1,120.85 | (3,941.06) |
| Aug 2021 | 340.55 | | 81.70 | 79.76 | * | FHA MI | 1,379.70 | (4,020.82) |
| Sep 2021 | 340.55 | | 81.70 | | * | FHA MI | 1,638.55 | (4,020.82) |
| Oct 2021 | 340.55 | | 155.85 | | * | City Tax | 1,823.25 | (4,020.82) |
| Oct 2021 | | | 81.70 | | * | FHA MI | 1,741.55 | (4,020.82) |
| | | | | | | Anticipated Transactions | 1,741.55 | (4,020.82) |
| Sep 2021 | | P | | 79.76 | | FHA MI | | (4,100.58) |
| Oct 2021 | | 4,086.60 P | | 79.76 | | FHA MI | | (93.74) |
| Oct 2021 | | P | | 155.85 | | City Tax | | (249.59) |
| | $3,405.50 | $6,470.45 | $2,440.45 | $2,632.87 | | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount.  If you want a further explanation, please call our toll-free number.
P - The letter (P) beside an amount indicates that the payment or disbursement has not yet occurred but is estimated to occur as shown.

Shellpoint Mortgage Servicing    Final
For Inquiries:  (800) 365-7107

Analysis Date:    August 30, 2021

## Annual Escrow Account Disclosure Statement - Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account

| Date | Anticipated Payments | | Description | Escrow Balance | |
| --- | --- | --- | --- | --- | --- |
| | To Escrow | From Escrow | | Anticipated | Required |
| | | | Starting Balance | 6,359.56 | 1,772.84 |
| Nov 2021 | 355.29 | 1,482.71 | County Tax | 5,232.14 | 645.42 |
| Nov 2021 | | 79.76 | FHA MI | 5,152.38 | 565.66 |
| Dec 2021 | 355.29 | 79.76 | FHA MI | 5,427.91 | 841.19 |
| Jan 2022 | 355.29 | 79.76 | FHA MI | 5,703.44 | 1,116.72 |
| Feb 2022 | 355.29 | 79.76 | FHA MI | 5,978.97 | 1,392.25 |
| Mar 2022 | 355.29 | 79.76 | FHA MI | 6,254.50 | 1,667.78 |
| Apr 2022 | 355.29 | 79.76 | FHA MI | 6,530.03 | 1,943.31 |
| May 2022 | 355.29 | 1,667.78 | Hazard | 5,217.54 | 630.82 |
| May 2022 | | 79.76 | FHA MI | 5,137.78 | 551.06 |
| Jun 2022 | 355.29 | 79.76 | FHA MI | 5,413.31 | 826.59 |
| Jul 2022 | 355.29 | 79.76 | FHA MI | 5,688.84 | 1,102.12 |
| Aug 2022 | 355.29 | 79.76 | FHA MI | 5,964.37 | 1,377.65 |
| Sep 2022 | 355.29 | 79.76 | FHA MI | 6,239.90 | 1,653.18 |
| Oct 2022 | 355.29 | 79.76 | FHA MI | 6,515.43 | 1,928.71 |
| Oct 2022 | | 155.85 | City Tax | 6,359.58 | 1,772.86 |
| | $4,263.48 | $4,263.46 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year)

Your ending balance from the last month of the account history (escrow balance anticipated) is 6,359.56.  Your starting
balance (escrow balance required) according to this analysis should be $1,772.84.  This means you have a surplus of 4,586.72.
This surplus must be returned to you unless it is less than $50.00, in which case we have the option of retaining in your escrow account.
it and lowering your monthly payments accordingly. As the loan is delinquent, we will not be sending a check for the surplus.
A check will be mailed within 30 days from the date of the analysis if your loan is current.

We anticipate the total of your coming year bills to be 4,263.46.  We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

| New Escrow Payment Calculation | |
| --- | --- |
| Unadjusted Escrow Payment | $355.29 |
| Surplus Reduction: | $0.00 |
| Shortage Installment: | $0.00 |
| Rounding Adjustment Amount: | $0.00 |
| Escrow Payment: | $355.29 |

If you are a customer in bankruptcy or a customer who has received a bankruptcy discharge of this debt please be advised that this notice is to advise you of the status of your mortgage loan. This notice constitutes neither a demand for payment nor a notice of personal liability to any recipient hereof, who might have received a discharge of such debt in accordance with applicabl bankruptcy laws or who might be subject to the automatic stay of Section 362 of the United States Bankruptcy Code. However, it may be a notice of possible enforcement of the lien against t collateral property, which has not been discharged in your bankruptcy.

**Notice of Error or Information Request Address**

You have certain rights under Federal law related to resolving errors in the servicing of your loan and requesting information about your loan. If you want to request information about your lo or if you believe an error has occurred in the servicing of your loan and would like to submit an Error Resolution or Information Request, please write to us at the following address

Shellpoint Mortgage Servicing
PO Box 10826
Greenville, SC  29603 0826